■ LESTER T. DOYLE, as Trustee in Reorganization of Third Avenue Transit Corporation, Respondent-Appellant, v. MARVIN W. LEVY et al., Appellants-Respondents.— The determination of the learned trial court is hereby affirmed in all respects, save one, both on the appeal by the defendants and the cross appeal of the plaintiff. Concededly, no demand was made for repayment of the moneys disbursed prior to the service of process upon each of the defendants. Under the circumstances, interest may be computed only from the time of the service of the summons in each instance (see *MacIntyre* v. *State Bank of Albany,* 307 N. Y. 630, 633). The judgment is, therefore, unanimously modified to the extent indicated and, as so modified, affirmed. Settle order on notice. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ AMERICAN CAN COMPANY, Appellant, v. GREY INTERCONTINENT LTD., et al., Respondents.— The defendant made no attempt here or at Special Term to sustain the matter pleaded by way of defense and states that the counterclaim pleads a cause of action for unfair competition and nothing else. The allegations do not establish the necessary confidential relation between the parties carrying with it, on the part of the plaintiff, the obligation to refrain from the unfair competition complained of. However, paragraph 19 sets forth vague allegations in respect of an agreement to refrain from such unfair competition. The latter allegations are not sufficiently specific to sustain the counterclaim. Accordingly, we hold that the order to the extent appealed from should be modified to provide for the dismissal of the counterclaim, with $20 costs and disbursements to the appellant, with leave to the defendant to serve an amended pleading setting forth ultimate facts specifically alleging its claim for unfair competition. Setttle order on notice. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

## (May 28, 1957)

■ EVELYN L. BROWNE, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and LENA B. BUREY et al., Respondents. LENA BUREY et al., Respondents, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant, and EVELYN BENNETT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See *post,* p. 1015.]